UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| First Federal Bank of the Midwest, | Case No. 3:17-cv-768 |
| Plaintiff | |
| v. | MEMORANDUM OPINION AND ORDER |
| Scott Hutchison, et al., | |
| Defendants | |

In this case, Plaintiff First Federal Bank of the Midwest claims an equitable right to an interest in Defendant Scott Hutchison's proceeds of a judgment previously rendered in *Hutchison v. Parent*, No. 3:12-cv-320, and an equitable interest in the supersedeas cash bond posted by Defendant John R. Parent in that case. (Doc. No. 1-1). But judgment has since been entered in favor of Parent rather than Hutchison, and the supersedeas bond disbursed in the manner requested by Parent. (Judgment Entry and Order Granting Defendant's Motion for Disbursement, *Hutchison v. Parent*, No. 12-cv-320 (N.D. Ohio July 29, 2019)). Therefore, because Plaintiff asserts no claim besides that to Hutchison's proceeds in the judgment and the supersedeas bond, a case or controversy no longer exists, and this case must be dismissed for lack of subject matter jurisdiction. All pending motions are denied as moot, accordingly.

So Ordered.

s/ Jeffrey J. Helmick
United States District Judge